# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 2 1 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Calvin Mitchell # R-18381,
)
Plaintiff
)
)
vs.
)
Warden Baker, Tyrone
)
C/O Olivis 7778#
)
_____
)
_____
)
_____
)
_____,
)
)
Defendant(s)
)

Case No. _____
(*The case number will be assigned by the clerk*)

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Calvin Mitchell

Prison Identification Number: R18381

Current address: P.O. Box 1700 Galesburg Il 61402 Hill Correctional Center

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Tyrone Baker

Current Job Title: Warden

Current Work Address: Hill Correctional Center P.O. Box 1700 Galesburg Il 61402

Defendant #2:

Full Name: Lvis Olivis Badge # 7778

Current Job Title: Officer Correctional

Current Work Address: Hill Correctional Center P.O. Box 1700 Galesburg Il 61402

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? __2__  Describe the lawsuit(s) below.

3

Can't rember Docket # To cases
Can't Rember Docket Number To cases

1. Name of Case, Court and Docket Number
   Mitchell vs Baker    Mitchell v Pfister

2. Basic claim made  Excess force, living conditions

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Settled

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Hill Correctional Center

4

Date(s) of the occurrence _____Aug 25, 2023_____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On Aug 25, 2023 while housed at Hill Correctional center RH Cell 13 Between 6:00 pm to 7:00 pm C/O Olivas at my cell door given me my property when He stuck his pepper spray Inside my Cell chuck Hole and sprayed me in the Face and when I Turned around and went to the Back of my cell he sprayed my Back and Butt area with pepper spray I was handcuff to the Back while this incident occured C/O sprayed me with pepper spray and closed my chuck hole and left me Lock inside my cell intill other officer came. C/O Olivias Badge # 7778 use Excess force By spraying me with pepper spray while I was Lock inside my cell handcuff to the Back. Section 501.30 Resort to force. Force shall be employed only as a last resort or when other means are unavailable or Inadequate and only as a Last resort or when other means are unavailable or Inadequate and only to the degree reasonably necessary to achieve a permitted purpose

5

C/O Olivias wrote me a fabricated Staff assault Ticket after spraying me with pepper spray out of retaliations I was pepper sprayed into my face while I was handcuff to the back and lock inside my cell he stuck his mace into my chuck hole and sprayed me into my face and when I turned around he sprayed my neck and back and butt I have discoloration on my face because of the mace and I also have trouble breathing since I have been sprayed with pepper C/O Olivias also lied and writing a false staff assault ticket that got me wrongfully in Seg I never touch C/O Olivias to make a cover up for spraying me with pepper spray he lied and said assault him by cut his knuckle with his handcuff This Incident happen Between 6:00pm to 7:00pm At Hill CC RH 13 cell It's camera's that show This Incident Aug 25, 2023 and

Warden Baker failed to protect me

Wittness affidavit is attach, who lived in the cell directly across my cell RH 13 saw c/o olivias spray pepper spray into my chuck hole and close my chuckhole Back and left me inside the cell He also writing a fabricated staff assault ticket and got me place in seg for 90 days, when he was the one who assaulted me By spraying me with pepper spray when I was lock inside my cell behind the Door and handcuff He used excess force against me by spraying me in the face with pepper spray while I was handcuff behind my Back Attach is a ticket were c/o olivas admitted to spraying me

RELIEF REQUESTED

(State what relief you want from the court.)

One Hundred ~~one hundred thousand~~ Thousand Dollars One hundred thousand

7

with pepper spray, in a fabricated ticket he wrote me for ao staff assault warden failed to protect me

JURY DEMAND     Yes ☒    No ☐

Signed this Sept 8 day of Sept 8, 20 23.

_Calvin Mitchell_
( Signature of Plaintiff)

| Name of Plaintiff: Calvin Mitchell | Inmate Identification Number: R18381 |
|---|---|
| Address: Hill Correctional Center P.O. Box 1700 Galesburg Il 61402 | Telephone Number: |

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Disciplinary Report

**Type of Report:** ☒ Disciplinary  ☐ Investigative   **Facility:** Hill CC   **Date:** 8-25-23

**Name of Individual in Custody:** Mitchell, Calvin   **ID #:** R18381   **SMI:** ☒ yes ☐ no   **Race:** Black

**Observation Date:** 8-25-23   **Approximate Time:** 615 ☐ a.m. ☒ p.m.   **Location:** RH 13

**Offense(s): DR 504:** 102 A Assault with Injury

**Observation:** (NOTE: Each offense identified above must be substantiated.) On Friday 8-25-23 at approximately 615pm I correctional officer Olivas, Luis 7778 was assigned to restricted housing on the 3pm to 11pm shift at Hill CC when I was uncuffing Individual in Custody Mitchell, Calvin R18381 assaulted me while I attempted to uncuff him. Mitchell cut my right index knuckle with the one handcuff attached to his wrist. Mitchell received a 102 A assault with Injury for cutting my knuckle with a handcuff. I immediately gave Mitchell a short burst of pepper spray when Mitchell assaulted me. Mitchell was positively identified via Institutional graphics and housing verified offender 360 roster.

**Witness(es):** _____

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

Olivas 7778 | 7778 | [signature] | 8-25-23 | 910 ☐ a.m. ☒ p.m.
**Reporting Employee (Print Name)** | **Badge #** | **Signature** | **Date** | **Time**

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement  ☐ Investigative Status  Reasons: _____

**Printed Name and Badge #** _____  **Shift Supervisor's Signature** _____  **Date** _____

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer  Comment: _____

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

Blair Elliott 977 | [signature] 977 | 8-25-23
**Print Reviewing Officer's Name and Badge #** | **Reviewing Officer's Signature** | **Date**

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Greer 6015 | [signature] | 8-28-23
**Print Hearing Investigator's Name and Badge #** | **Hearing Investigator's Signature** | **Date**

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if individual in custody refused to sign  **Individual in Custody's Signature** _____  **ID#** _____

Greer | 6015 | [signature]
**Serving Employee (Print Name)** | **Badge #** | **Signature**

8-25-23 | 845 | ☐ a.m. ☒ p.m.
**Date Served** | **Time Served**

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____ _____
**Individual in Custody's Signature**   **ID#**



Calvin Mitchell R-18381
Hill Correctional Center
P.O. Box 1700
Galesburg Il 61402

UNITED STATES
DISTRICT COURT
Central District of
Illinois
100 N.E. Monroe Street
Room 309
Peoria Il 61602

Legal
Mail