Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Calvin Mitchell,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case Number: 23-CV-4155 |
| | ) | |
| **Luis Olivas and Tyrone Baker,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Calvin Mitchell's action against Defendant Luis Olivas is dismissed; Defendant Tyrone Baker was dismissed on 11/8/2023.

**Dated:**     5/7/2025

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*mmm*